In the Matter of JOSEPH N. TAUBER, Appellant

v.

HONORABLE WALTER A. GORDON

No. 14,896

United States Court of Appeals

Third Circuit

Present: McLAUGHLIN, STALEY and HASTIE, *Circuit Judges*

ORDER WITHDRAWING OPINION AND DISSENT

This appeal having been reargued before the court en banc, it is hereby ORDERED that the Per Curiam opinion and dissent of November 3, 1964 be and they hereby are withdrawn.[1]

By THE COURT:

STALEY, *Circuit Judge.*

Dated: July 30, 1965

McLAUGHLIN, *Circuit Judge*, dissenting.

I dissent from the order withdrawing the Per Curiam opinion and dissent filed November 3, 1964. This case is sui generis and in common fairness its full story should remain a part of the public record.

---

[1] Because of this order, the opinion and dissent filed November 3, 1964, in this case are not published. For opinion after reargument, see 5 V.I. 608.